### HOLMES v. BOARD OF COM'RS OF OSAGE COUNTY.

No. 19205. Opinion Filed Sept. 25, 1928.

(Syllabus.)

**Appeal and Error—Reversal Upon Confession of Error.**

Where plaintiffs in error have filed briefs in a cause appealed to this court, and the authorities cited therein seem to support the proposition relied upon, and the defendants have filed confession of error, the judgment of the trial court will be reversed.

Error from District Court, Osage County: Jesse J. Worten, Judge.

Action by David E. Holmes against the Board of Commissioners of Osage County. From order of the court sustaining demurrer to plaintiff's petition and dismissing plaintiff's cause, plaintiff appeals. Reversed.

B. C. Trice and Owen & Looney, for plaintiff in error.

C. K. Templeton, Co. Atty., and S. T. Carman, Asst. Co. Atty., for defendant in error.

PER CURIAM. This action was commenced in the district court of Osage county by the plaintiff in error against defendant in error to recover damages by reason of wrongful issuance of an injunction. The trial court sustained a demurrer to the petition of the plaintiff and dismissed plaintiff's

cause of action, and from this judgment the plaintiff in error has appealed.

Plaintiff in error has filed his brief, and the authorities cited reasonably support the proposition relied upon. Defendant in error has filed a confession of error, and for these reasons, the judgment of the trial court is reversed, and the cause remanded, with directions to set aside the order and judgment and reinstate plaintiff's petition. Adams v. Power, 87 Okla. 80, 209 Pac. 395.

Note.—See 4 C. J. p. 1162, §3175.